UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**QUANIAH R. STEVENSON,**

    **Plaintiff,**

vs.

**DELTA AIR LINES, INC.,**

    **Defendant.**

Civil Action
No. 1:16-cv-2571-AT-LTW

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

1.    The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff:  Quaniah R. Stevenson

    Defendant:  Delta Air Lines, Inc.

2.    The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

*Parent Company*:

    Delta Air Lines, Inc.

*Subsidiaries:*

    Aero Assurance Ltd.

    Comair Holdings, LLC

    *Subsidiaries:*

        Comair Services, Inc.

    *Subsidiaries:*

    Delta Private Jets, Inc.

    DAL Global Services, LLC

    Delta Air Lines Dublin Limited

    Delta Air Lines, Inc. and Pan American World Airways UNTERSTUTZUNGSKASSE GMBH

    Delta Air Lines Private Limited

    Delta Sky Club, Inc.

    Endeavor Air, Inc.

    Epsilon Trading, LLC

    MLT Vacations, LLC

    *Subsidiaries:*

    Delta Gift Cards, Inc.

    Monroe Energy, LLC

    *Subsidiaries:*

    MIPC, LLC

>Montana Enterprises, Inc.
>
>*Subsidiaries:*
>
>Tomisato Shoji KK Japan
>
>New Sky, Ltd.
>
>Northwest Airlines, LLC
>
>NW Red Baron LLC

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for parties in this proceeding:

>For the Plaintiff:  Quaniah Stevenson, *pro se*
>
>For the Defendant:  Benjamin A. Stone

>Respectfully submitted,
>
>s/Benjamin A. Stone
>Georgia Bar No. 683850

MUNGER & STONE, LLP
999 Peachtree Street, N.E.
Suite 2850
Atlanta, Georgia 30309
Telephone: (404) 815-0933
Facsimile:  (404) 815-4687

                                                s/Sheandra R. Clark
                                                Georgia Bar No. 127802

DELTA AIR LINES, INC.
Department 981
1030 Delta Boulevard
Atlanta, GA 30354-1989
Telephone: (404) 715-3613
Facsimile: (404) 715-2233

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUANIAH R. STEVENSON,<br><br>  Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>  Defendant. | Civil Action No.<br>1:16-cv-2571-AT-LTW |

## CERTIFICATE OF SERVICE

I certify that on November 17, 2016, I electronically filed DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, and that I have served the foregoing on Plaintiff by first class mail, addressed as follows:

>  Quaniah R. Stevenson
>  211 Crest Ridge Drive
>  Atlanta, GA 30344

>             s/Sheandra R. Clark
>             Georgia Bar No. 127802

5