## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**QUANIAH R. STEVENSON,**

　　　　**Plaintiff,**

**vs.**

**DELTA AIR LINES, INC.,**

　　　　**Defendant.**

**Civil Action No.**
**1:16-cv-2571-AT-LTW**

## DECLARATION OF KELLEY NABORS

I, Kelley Nabors, declare under penalty of perjury that the following facts are within my personal knowledge and are true.

1.　　My name is Kelley Nabors. At all times referenced below, I worked for Delta Air Lines, Inc. ("Delta") as a Manager in Delta's Equal Opportunity Department.

2.　　As a valuable privilege of Delta employment, Delta provides its employees and certain of their family members and a designated travel companion with free and reduced-rate travel (also known as "Travel Passes").

3.　　Delta also provides its employees with an additional pass travel benefit known as "buddy passes" which allows an employee to provide reduced-rate transportation to friends or family members who are not their designated travel companion.

4.      Delta has written policies regarding its pass travel benefits, and periodically issues reminders to employees of the importance of complying with the policies regarding pass travel.

5.      Among other things, Delta expressly prohibits the use of travel passes for anything other than leisure travel -- and specifically forbids their use for business travel.  Business travel is an important source of revenue for Delta and for that reason Delta does not allow business travelers to utilize Delta passes and requires business travelers to buy a ticket on Delta.  The prohibition on the use of travel passes for business travel is a well-known rule at Delta.

6.      Delta also requires that its employees keep "control" of their passes and the passes of their designated companions, including by ensuring that the employee is aware of the travel being undertaken by their designated companion and that the pass travel is not for business or any other improper purposes.  Delta employees are responsible for ensuring that their non-employee travel companions comply with these Delta and the other Delta policies relating to travel passes.

7.      In approximately 2014, it came to Delta's attention that some of its employees were misusing their travel passes by, among other things, offering them for sale, using them for business purposes or allowing their designated travel companion to use them for business purposes.  As a result, in April 2014, Delta issued a Memo and set of Frequently Asked Questions to its employees that again

2

reminded them of the rules and regulations surrounding the use of pass travel, including that such passes cannot be used for business purposes because such actions "are clear violations of the pass policy" and that employees are "responsible for knowing how [their] pass travel privileges are used" by their designated travel companions.

8.      Delta's April 2014 communication also informed employees that Delta was beginning an initiative known as the Fly Right campaign that was designed to ensure that pass travel abuse is stopped.  Delta established a new group, known as the Pass Protection Group, "to work to proactively identify cases of possible abuse and investigate them thoroughly."

9.      Delta's Pass Protection Group utilized a set of objective criteria or parameters to determine which employees would have their travel pass usage reviewed -- focusing on those employees and travel companions who had very high travel pass usage and those employees who shared "buddy passes" with individuals who had received buddy passes from a substantial number (at least 5) Delta employees.

10.      In 2015, as part of the audit and based on objective criteria, Delta's Pass Protection Group was investigating the pass travel of all employees who had shared "buddy passes" with an individual named Vendell Bailey ("Bailey") who had received buddy passes from a number of different Delta employees including

3

Stevenson.  Because Stevenson was one of the individuals who had provided travel passes to Bailey, Stevenson's travel pass records (like others who had provided passes to Bailey) were fully and carefully reviewed during the investigation.

11.    In the course of the review of Stevenson's travel pass records, the Pass Protection Group identified information that showed that Stevenson's designated travel companion, Jovan Dais ("Dais") was traveling frequently, and to numerous disparate locations, in a way that reflected possible business travel.  A true and correct copy of Mr. Dais' travel pass records from January 2014 to June 2015 are attached hereto as Exhibit A, and as is apparent from those records, Dais traveled frequently both during the week and during the weekends, at various times, often for short duration, to locations that included Los Angeles, Phoenix, New York, Houston, St. Louis, Pittsburgh, Dallas, New Orleans, Washington, D.C., San Francisco, New York, Orlando, Salt Lake City, Burlington, Vt., Cincinnati, Las Vegas and Detroit.

12.    Further review of public and on-line records by the Pass Protection Group (including public postings by Dais attached hereto as Exhibit B) reflected that Dais was a producer and artist in the music business, and that on at least one of his trips using Stevenson's travel passes (a one-night trip to Los Angeles, California on June 6, 2015), Dais made the trip with a music artist with whom he

4

worked, Caleb Boyett for the purpose of Boyett engaging in a concert performance. Specifically, the records showed that, using Plaintiffs travel passes, Mr. Dais traveled with Mr. Boyett to Los Angeles on Friday June 6, 2015, performed in the show that day, and then they flew out the following day. The records also reflected that Mr. Dais and his work-partner, Mr. Boyett, had traveled together using Plaintiffs travel pass benefits on at least one other occasion (a trip to Houston, Texas). The records further reflected that Mr. Dais had paid Mr. Boyett's fees associated with Mr. Boyett traveling on Delta passes.

13.     Based on the information gathered by a review of the Delta records and on-line documents, Ms. Stevenson was thereafter interviewed to address the records that indicated, among other things, that her travel benefits were being used by her travel companion (Mr. Dais) for his music business.  The interview of Ms. Stevenson was conducted by a member of Delta's Pass Protection Group (Mehret Tafesse), a member of Human Resources (Kiha Jones), and a Delta Performance Leader (Francisco Cortes).

14.     The interview was memorialized in a lengthy and detailed memo, written by meeting attendee and Pass Protection Group member Mehret Tafesse. A true and correction copy of that memo is attached hereto as Exhibit C.

15.     Tafesse's memo summarizing the interview of Stevenson, along with the other information gathered in connection with the investigation, was reviewed

by Delta Airport Customer Service Performance Leader Mark Harris, who then recommended to Station Manager Kelly Patton that Ms. Stevenson's employment be terminated.  A true and correct copy of that recommendation is attached hereto as Exhibit D.

16.     Station Manager Patton agreed with Performance Leader Harris' recommendation and thereafter, Delta Senior Manager - Human Resources, Barbara Franz, also reviewed the investigation materials and also concurred with the termination decision.  Based on the finding that Ms. Stevenson had not maintained control over her travel passes used by her companion, Mr. Dais, and had allowed them to be improperly used for business purposes and had not been forthcoming in the interview, Ms. Stevenson's employment with Delta was terminated.

17.     Ms. Stevenson was not the only individual terminated for misuse of travel benefits.  Since the formation of the Pass Protection Group in 2014, numerous employees (including Caucasian, White, Hispanic and other employees, both male and female employees, and numerous individuals under the age of 40) have been terminated.  This includes individuals who have made no allegation of discrimination, and no allegation that they suffer from any disability.

Executed this Fourth day of January, 2021.

6

_Kelley Nabors_
**KELLEY NABORS**

# EXHIBIT A

**Sluss, Ansley**

| | |
|---|---|
| **From:** | Langel, Ryan D |
| **Sent:** | Saturday, January 02, 2016 2:42 PM |
| **To:** | Sluss, Ansley |
| **Subject:** | FW: Flight History |

See below.

Ryan D. Langel
Special Counsel
Delta Air Lines, Inc. — Law Department

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this message in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. Our transmission of this message does not constitute a waiver of the attorney-client or the attorney work product privilege.

-----Original Message-----
From: esc@delta.com [mailto:esc@delta.com]
Sent: Saturday, January 02, 2016 2:42 PM
To: Langel, Ryan D
Subject: Flight History

*** DO NOT REPLY TO THIS EMAIL ***

Last 24 Months Flight History For DAIS,JOVAN J

| Depart Date | Flt # | ORIG | DEST | Pass/Charge Type | Total Charges |
|---|---|---|---|---|---|
| 06/08/2015 | 1446 | PHX | ATL | Domestic | 0.00 |
| 06/07/2015 | 0730 | LAX | PHX | Domestic | 0.00 |
| 06/06/2015 | 1755 | ATL | LAX | Domestic | 0.00 |
| 03/11/2015 | 1554 | LAX | ATL | Domestic | 0.00 |
| 03/05/2015 | 1094 | ATL | LAX | Domestic | 0.00 |
| 01/16/2015 | 1554 | LAX | ATL | Domestic | 0.00 |
| 01/13/2015 | 2355 | ATL | LAX | Domestic | 0.00 |
| 12/07/2014 | 5130 | HPN | ATL | Transoceanic | 0.00 |
| 12/06/2014 | 5146 | ATL | HPN | Transoceanic | 0.00 |
| 12/04/2014 | 1617 | HOU | ATL | Domestic | 0.00 |
| 12/03/2014 | 1064 | ATL | HOU | Domestic | 0.00 |
| 11/25/2014 | 1554 | LAX | ATL | Domestic | 0.00 |
| 11/18/2014 | 2055 | ATL | LAX | Domestic | 0.00 |
| 10/27/2014 | 1080 | STL | ATL | Domestic | 0.00 |
| 10/26/2014 | 1423 | ATL | STL | Domestic | 0.00 |
| 10/25/2014 | 1554 | LAX | ATL | Domestic | 0.00 |
| 10/22/2014 | 2355 | ATL | LAX | Domestic | 0.00 |
| 10/13/2014 | 1549 | HOU | ATL | Domestic | 0.00 |
| 10/04/2014 | 0754 | PIT | ATL | Domestic | 0.00 |


DEFENDANT'S EXHIBIT
17

| | | | | | |
|---|---|---|---|---|---|
| 10/02/2014 | 1365 | ATL | PIT | Domestic | 0.00 |
| 09/15/2014 | 1454 | LAX | ATL | Domestic | 0.00 |
| 09/09/2014 | 0110 | ATL | LAX | Domestic | 0.00 |
| 09/07/2014 | 1810 | DFW | ATL | Domestic | 0.00 |
| 09/06/2014 | 1711 | ATL | DFW | Domestic | 0.00 |
| 08/31/2014 | 1654 | LAX | ATL | Priority | 0.00 |
| 08/24/2014 | 6437 | SFO | LAX | Domestic | 0.00 |
| 08/21/2014 | 1255 | ATL | LAX | Domestic | 0.00 |
| 08/18/2014 | 0176 | DFW | ATL | Domestic | 0.00 |
| 08/15/2014 | 1810 | ATL | IAH | Domestic | 0.00 |
| 08/15/2014 | 0775 | MSY | ATL | Domestic | 0.00 |
| 08/13/2014 | 1325 | LAX | MSY | Domestic | 0.00 |
| 08/12/2014 | 1060 | MCO | LAX | Domestic | 0.00 |
| 07/28/2014 | 0986 | ATL | LGA | Domestic | 0.00 |
| 07/28/2014 | 0672 | CLE | ATL | Domestic | 0.00 |
| 07/22/2014 | 0629 | ATL | DTW | Domestic | 0.00 |
| 07/14/2014 | 1354 | LAX | ATL | Domestic | 0.00 |
| 07/08/2014 | 1435 | ATL | LAX | Domestic | 0.00 |
| 07/01/2014 | 1454 | LAX | ATL | Domestic | 0.00 |
| 06/23/2014 | 4794 | PHX | LAX | Domestic | 0.00 |
| 06/23/2014 | 1772 | ATL | PHX | Domestic | 0.00 |
| 06/19/2014 | 2234 | LAX | ATL | Domestic | 0.00 |
| 06/17/2014 | 0081 | ATL | LAX | Domestic | 0.00 |
| 06/13/2014 | 2234 | LAX | ATL | Domestic | 0.00 |
| 06/10/2014 | 1169 | MIA | LAX | Domestic | 0.00 |
| 06/07/2014 | 1982 | LGA | MIA | Domestic | 0.00 |
| 06/05/2014 | 1286 | ATL | LGA | Domestic | 0.00 |
| 06/04/2014 | 4569 | BUR | SLC | Domestic | 0.00 |
| 06/04/2014 | 1222 | SLC | ATL | Transoceanic | 0.00 |
| 06/02/2014 | 2255 | ATL | LAX | Domestic | 0.00 |
| 06/01/2014 | 0386 | RIC | ATL | Domestic | 0.00 |
| 05/31/2014 | 2399 | ATL | RIC | Domestic | 0.00 |
| 05/30/2014 | 1818 | MCO | ATL | Domestic | 0.00 |
| 05/27/2014 | 0883 | LAX | MCO | Domestic | 0.00 |
| 05/14/2014 | 2204 | LAX | SLC | Domestic | 0.00 |
| 05/14/2014 | 1222 | SLC | ATL | Transoceanic | 0.00 |
| 05/05/2014 | 1577 | MSY | LAX | Priority | 0.00 |
| 05/03/2014 | 4667 | LAX | LAS | Domestic | 0.00 |
| 04/24/2014 | 3303 | IAH | CVG | Transoceanic | 0.00 |
| 04/24/2014 | 2469 | CVG | ATL | Transoceanic | 0.00 |
| 04/22/2014 | 1142 | ATL | HOU | Domestic | 0.00 |
| 04/16/2014 | 1554 | LAX | ATL | Domestic | 0.00 |
| 04/05/2014 | 2355 | ATL | LAX | Priority | 0.00 |
| 04/04/2014 | 1654 | LAX | ATL | Domestic | 0.00 |
| 03/29/2014 | 1076 | ATL | LAX | Domestic | 0.00 |
| 03/25/2014 | 1969 | LAX | ATL | Priority | 0.00 |
| 03/24/2014 | 0110 | ATL | LAX | Domestic | 0.00 |
| 03/20/2014 | 1254 | LAX | ATL | Domestic | 0.00 |
| 02/24/2014 | 1555 | ATL | LAX | Domestic | 0.00 |
| 02/21/2014 | 1354 | LAX | ATL | Priority | 0.00 |
| 02/17/2014 | 2355 | ATL | LAX | Domestic | 0.00 |
| 02/16/2014 | 1654 | LAX | ATL | Priority | 0.00 |

| | | | | |
|---|---|---|---|---|
| 01/23/2014 | 4916 | HPN | ATL | Domestic | 0.00 |
| 01/21/2014 | 5366 | ATL | HPN | Domestic | 0.00 |

Last 24 Months Imputed Trip History For DAIS,JOVAN J

| Trip Date | Flt # | ORIG | DEST | Payment | Imputed Wage | Imputed Val | Eff Date | Report Date |
|---|---|---|---|---|---|---|---|---|

# EXHIBIT B

6/15/2015                                    JOVAN DAIS (@jovandais) | Twitter



Search Twitter        🔍      Have an account? Log in ⌄

JOVAN D...      TWEETS    FOLLOWING   FOLLOWER      ⋅2 Follow
@jovandais      5,389     1,729       7,411

                FAVORITES   LISTS
                3           1      Tweets     Tweets & replies     Photos & videos

**JOVAN DAIS**
@jovandais

booking/features: nodaisoff@gmail.com

📍 GODS GREEN EARTH
🔗 facebook.com/mrdais
🕐 Joined December 2008

📷 553 Photos and videos



 JOVAN DAIS @jovandais · Jun 12
Baby girl getting better behind the wheel... riding with my oldest
listening to who else???... instagram.com/p/32Yvg4LTYF/

          ⟲      ⟳      ☆      •••

 JOVAN DAIS @jovandais · Jun 8
S/O 2 my daughter @iamaleacea for being fearless abt going after her
dreams.... thnxx 2 @v103atlanta... instagram.com/p/3rtczjrTRU/

          ⟲      ⟳      ☆      •••

 JOVAN DAIS retweeted
#SLICK @BIGOOH · Jun 7
" We Done Came a Long Way, ---> Still We Got So Far 2 Go ‼" -
@jovandais instagram.com/p/3pVQCgM-qO/

          ⟲      ⟳ 1    ☆      •••

 JOVAN DAIS retweeted
JIN© @jusjino · Jun 6
ON SOME L.A. SHIT WITH @jovandais Top Down On The Highway
Headed to my Show in Bakersfield with @tyga...
instagram.com/p/3nD2qLnP55/

          ⟲      ⟳ 1    ☆      •••

 JOVAN DAIS @jovandais · Jun 6
We out!!! @jusjino @jspoolz
#goingback2cali  #dutycalls #beecherboys
#nodaisoff instagram.com/p/3mGswnLTTy/

          ⟲      ⟳ 1    ☆      •••

 JOVAN DAIS @jovandais · May 31
On Set with @theggsband new video "On & On" coming soon!!
Thanxx 2 @nachishairsalon leimaje... instagram.com/p/3XeNVqrTW3/

          ⟲      ⟳      •••



DEFENDANT'S
EXHIBIT
Stevenson
MDV 16 6-9-17

6/15/2015

JOVAN DAIS (@jovandais) | Twitter



JOVAN DAIS @jovandais · May 27
REPOST FROM @iamaleacea:
"Make sure yall come out , new music , new show , new outfits , this...
instagram.com/p/3MHD3iLTQO/

↩ ♺ ☆ •••



JOVAN DAIS @jovandais · May 26
inkchink getting it in!!!! @theggsband video shoot for "On & On"
@bemoremedia #theggsband #beecherboys
instagram.com/p/3KB0pXrTWT/

↩ ♺ ☆ •••



JOVAN DAIS @jovandais · May 24
On the set with @bemoremedia shooting "i
know":~~off @jusjino new album!!! "Jus Jino"~~
hosted by...
instagram.com/p/3Fqd1OrTQ8/

↩ ♺ ☆ ǂ •••



JOVAN DAIS @jovandais · May 20
REPOST FROM @jusjino:
"Abt last nite!!! S/O 2 everyone tht came out to @ctrlatl 2 represent
wit... instagram.com/p/27gr-zrTSR/

↩ ♺ ☆ •••



6/15/2015

JOVAN DAIS (@jovandais) | Twitter



#beecherboys #nodaisoff instagram.com/p/2uZn_ArTUF/

↩ ⇄ ☆ •••

JOVAN DAIS retweeted
#HotRunsIndy Hot 963 @Hot963 · May 14
#NP @JSPOOLZ feat @wizkhalifa @jovandais SMOKIN GOOD On
The #NEWAT10 with @CoachRedd & @Bswift317

↩ ⇄ 3 ☆ •••

JOVAN DAIS retweeted
JIN© @jusjino · May 14
They Build To Destroy.... But I Was Built To Last... Ft. @jovandais
#JusJIno #NoDaisOff #BeecherBoys instagram.com/p/2qq41LHP78/

↩ ⇄ 1 ☆

JOVAN DAIS @jovandais · May 14
REPOST FROM @jusjino:
"They Build To Destroy.... But I Was Built To Last... Ft. @jovandais
#JusJIno... instagram.com/p/2q-QE6rTSt/

↩ ⇄ ☆ •••

## New to Twitter?

Sign up now to get your
own personalized
timeline!

Sign up

## You may also like ·

Refresh

 julienews.it
@julieitalia

 T-Town Pro...
@ttownprod

 Blogs Daddy
@BlogsDaddy

 MONEY CA...
@_MoneyCarlo

 a bad think
@abadthink

## Trends

#qanda
#liamdefensesquad
#PSYCasaCorazon
#MagnaCarta
Jeremy Corbyn
#AstonDmSpree
Jack Grealish
#MondayMotivation



6/12/2018                                    Instagram

ethiopian_p    Log out

# #beecherboys

522 posts




 jusjino

FOLLOW




Instagram

37 likes                                                              1w



jusjino Tonight I'm opening for @kinggoldchains in California!
#NODAISOFF #BEECHERBOYS #JUSJINO #LastKings

ro_akin Congrats bro !

ayyodezi congrats Caleb !! 🙌🏾🙌🏾🙌🏾

buckcitynow Yea nigga get it remember you the headliner

guitarboymusic1 Yeazirrrrr Docta!!!! @jusjino

an_Jello Do work kid 💯

demetriasampsonbolar Who's up next? Not you youngin. You up
NOW!

santimars_ Congrats man

missjamaica300 Definitely need a mixtape ! Been listening to it all
week 👌🏽 #proud & congrats homie

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS    PRIVACY    TERMS                © 2015 INSTAGRAM

6/15/2015                                    JOVAN DAIS (@jovandais) | Twitter

Gitas Cadets
#WorldMeatFreeDay

© 2015 Twitter  About
Help  Ads info

ethiopian_p    Log out

# #beecherboys
522 posts



jusjino                                    FOLLOW



6/15/2015 Instagram





52 likes                                                                1w

jusjino ON SOME L.A. SHIT WITH @therealjovandais Top Down On
The Highway Headed to my Show in Bakersfield with @kinggoldchains
#NODAISOFF #BEECHERBOYS #JUSJINO #LastKings

isisrahgawd Bruh u got more hair then me[]

Add a comment...

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS    PRIVACY    TERMS          © 2015 INSTAGRAM

6/15/2015    Jovan Dais on Instagram: "On the set with @jusjino @bemoremedia #New music "Jus Jino" 3.16.15 #californiavideoshoot #jusjino #beecherboys #nodai...

ethiopian_p    Log out

therealjovandais

**FOLLOW**



16 likes                                                                                                    14w

6/15/2015    Jovan Dais on Instagram: "On the set with @jusjino @bemoremedia #New music "Jus Jino" 3.16.15 #californiavideoshoot #jusjino #beecherboys #nodai...

therealjovandais On the set with @jusjino @bemoremedia #New music "Jus Jino" 3.16.15 #californiavideoshoot #jusjino #beecherboys #nodaisoff

Add a comment...

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS    PRIVACY    TERMS                    ⓒ 2015 INSTAGRAM

6/15/2015          Jovan Dais on Instagram: "See ya boi @jusjino live!! current sxsw dates more added soon!! #jusjino #beecherboys #nodaisoff #VelvWorks"

therealjovandais See ya boi @jusjino live!! current sxsw dates more added soon!! #jusjino #beecherboys #nodaisoff #VelvWorks

kiyanatakemeaway LIT!!!! 👌, I'm coming

thequeenraquellee @skr~efreccadau

Add a comment...

ethiopian_p... Log out

 therealjovandais

FOLLOW





# SXSW 2015

**Thursday, March 19th 12PM - 6PM**
   #LightTheTorch
KRAVE 302 E. 6th St.

**Friday, March 20th 6PM - 2AM**
   #HipHopNHipsters
Victory Grill 1104 E. 11th St.

**Friday, March 20th 7PM - 2AM**
#ZoolyGvng Official SXSW Stage
405 Club 405 E. 7th St.

**Saturday, March 21st 9PM - 3AM**
   #TrapHouseParty
Location TBA



14 likes

13w

# EXHIBIT C

 **DELTA**

July 6, 2015

Pass Protection Group Audit
Investigation Summary

Re: Quaniah Stevenson
Employee number: 689688
DOH: 08/01/07
Station/Dept. ATL/125

Present for interview:
Francisco Cortes – Performance Leader
Kiha Jones – HR Manager
Mehret Tafesse – PPG (writer)


**Background:**
Quaniah was being interviewed because she shares buddy pass rider Vendell Bailey with other
Delta employees Ernest Adams (DTW/120), Brady Nicholson (DTW/120), Candice Dubois
(ATL/125), and Sirdarius Johnson (ATL/125).

Quaniah was asked to verify everyone who is in her PPR:

- Quinten Stevenson- Quaniah said he is her father, she was able to verify his DOB and
  where he traveled.
- Tassie-Carter-Stevenson-Tow- Quaniah said Tassie is her mother, she was able to verify
  her DOB and where she traveled.
- Joann Stevenson- Quaniah said Joann is her step mother and is married to her father
  Quinten. She was able to verify where Joann traveled.
- Jovan Dais- Quaniah's current companion add on 08/01/11. When asked how long she
  has known Jovan, Quaniah said about 15 years. Quaniah stated that Jovan is her
  boyfriend. When asked where he lives, Quaniah said 2360 Barrington Trace Circle,
  Camp Creek area.
- When asked where Jovan works, Quaniah said Jovan is a musician and works for
  Another Days Worldwide.
- Our research shows, Jovan address 2360 Barrington Trace circle is used as home and
  business address. Jovan business is spelled as Anotha Dais Worldwide. Anotha Dais is
  music production, studio rentals, recording services-sound & video, and equipment
  rentals.
- When asked places Jovan traveled, Quaniah said LAX, PHX, and MIA. When asked
  when the last time Jovan traveled, Quaniah said about 3 weeks ago to California.
- When asked who books Jovan's flights, Quaniah said she does. When asked if she books
  all of his flights, Quaniah said sometimes she books his flights at his house on his
  computer and the computer could save her password.
- Our research shows Jovan traveled to LAX, PHX, HPN, HOU, STL, PIT, DFW, IAH,
  MSY, SFO, MCO, LGA, SLC, BUR, CVG, LAS, and DTW.

- When asked if they have traveled together, Quaniah said yes. When asked when they traveled together, Quaniah said they traveled to LAX for a funeral. Explained to Quaniah that she and her family traveled to LAX using S1 family emergency pass on April 16, 2015 returning on April 20, 2015. Jovan traveled to LAX March 5 and June 6, 2015. Quaniah then said she never said they traveled together. Kiha Jones HR manager said to Quaniah that she just mentioned they traveled together in April for the funeral. Quaniah said they have traveled together but not for the funeral. When asked again when they traveled together, Quaniah said they traveled together before in the past.
- Our records does not show Quaniah and Jovan traveling together since he has been added to her companion pass.
- When asked the purpose of Jovan traveling to LAX frequently, Quaniah said Jovan children live in LA. Quaniah also said they both have family who lives in LA.
- When asked Jovan's Twitter and Instagram post on June 6, 2015 about being in Cali for a performance at Baskerville, CA opening up for the rapper Tiger, Quaniah said she didn't know anything about that. Quaniah said Jovan was not performing and it was his friend that was performing at Baskerville, CA.
- Our research shows Jovan and his friend/artist Caleb Boyett traveled on June 6, 2015 to perform at a show in Baskerville, CA. We have Instagram pictures and videos that shows both of them going to perform at this event. Jovan and Caleb also traveled in March to LAX and PHX together. They traveled in September of 2014 to LAX as well. Every time they travel together, Jovan pays for the buddy pass taxes for Caleb.
- Christopher Blanding- Quaniah's previous companion from 07/31/09 to 07/30/11. Quaniah said Christopher is a friend of hers who lives in Miami, FL.  When asked where Christopher works, Quaniah said he is a music producer.

Buddy Passes:

- Andre Grimes- traveled from MSP to MOT (Minot, North Dakota) connection through ATL in February 2015. Quaniah said he is a friend of hers. Quaniah said he traveled from ATL to South Dakota.
- Caleb Boyett- traveled on two buddy passes. In October 2014, Caleb traveled from HOU to ATL to LAX and in September 2014, Caleb traveled from ATL to LAX. Both times he traveled with Quaniah's companion Jovan. Jovan paid for the buddy pass taxes.
- Quaniah stated that Caleb is both of their friend. When asked why Jovan paid for Caleb taxes, Quaniah said Caleb is young. Caleb is 22 years old born in 1993. Caleb also traveled to LAX with Jovan in June 2015 but on another DL employee Adebowale Davies (ATG/345). Jovan paid for his taxes again.
- Oscar Dais- traveled from HPN to ATL in December 2014. Quaniah said Oscar is Jovan's father. Jovan also paid for Oscar buddy pass taxes.
- Rodney Turner- traveled from DFW to ATL in August 2014. Quaniah said Rodney is her friend Tawanga husband. Quaniah said he traveled from DC or Ohio.
- Dianne Munroe- traveled from ATL to HPN in October 2014. Quaniah said Dianne is her father friend. She was able to verify where Dianne traveled.
- Sean Fenton- traveled from LAX to ATL in August 2014. Quaniah said Sean is Jovan's friend. Quaniah was able to verify where Sean traveled.
- Vendell Bailey- has traveled on four other Delta employees buddy passes in 2012. Quaniah was not able to verify who Vendell is but she did verify where she traveled. Vendell traveled from DTW to ATL in September 2012.

Findings:

- Quaniah was not truthful and forthcoming about her current companion pass rider Jovan Dias. Quaniah was not able to verify all the places Jovan traveled. Quaniah also stated that she and Jovan traveled together in 2015 and previous years.
- Our records does not show Quaniah and her companion Jovan traveling together in 2015 and in previous years.
- Our research shows, Jovan owns Anotha Dais Worldwide. The address is 2360 Barrington Trace circle is used as home and business address. Anotha Dais is music production, studio rentals, recording services-sound & video, and equipment rentals.
- Our research also shows Jovan traveled to LAX, PHX, HPN, HOU, STL, PIT, DFW, IAH, MSY, SFO, MCO, LGA, SLC, BUR, CVG, LAS, and DTW. Quaniah verified three places he traveled which is LAX, PHX, and MIA.
- Jovan posted on Twitter and Instagram on June 6, 2015 about being in Cali for a performance at Baskerville, CA opening up for the rapper Tiger, Quaniah said she didn't know anything about that. Quaniah said Jovan was not performing and it was his friend that was performing at Baskerville, CA.
- Our research shows Jovan and his friend/artist Caleb Boyett traveled on June 6, 2015 to perform at a show in Baskerville, CA. We have Instagram pictures and videos about both of them going to perform at this event. Jovan and Caleb also traveled in March to LAX and PHX together. They traveled in September of 2014 to LAX too. Every time they travel together, Jovan pays for the buddy pass taxes for Caleb.
- Caleb Boyett- traveled on two buddy passes. In October 2014 Caleb traveled from HOU to ATL to LAX and in September 2014 Caleb traveled from ATL to LAX. Both times, he traveled with Quaniah's companion Jovan. Jovan paid for the buddy pass taxes. Quaniah stated that Caleb is both of their friend. When asked why Jovan paid for Caleb taxes, Quaniah said Caleb is young. Caleb is 22 years old born in 1993. Caleb also traveled to LAX with Jovan in June 2015 but on another DL employee Adebowale Davies (ATG/345). Jovan paid for his taxes again.
- Quaniah said she doesn't remember buddy pass rider Vendell Bailey who traveled on four other Delta employees buddy passes.

# EXHIBIT D



Delta Air Lines, Inc.

# MEMO

To:        Kelly Patton, Station Manager – ACS/125
           Atlanta Worldport – Concourse E
From:      Mark Harris, Performance Leader – ACS/125
           Atlanta Worldport – Concourse E
Date:      July 16, 2015
Subject:   Recommendation for Termination of Employment
           Quaniah Stevenson, EE#689688, CSA - ATL/E-Ticket counter

I am recommending termination of employment for PT Agent, Quaniah Stevenson for violation of pass travel policies. Ms. Stevenson was not forthcoming regarding her current companion and his travel. During the investigation led by Equal Opportunity (EO), she could not provide his places of travel. Research by EO indicates her companion used non-revenue benefits for business purposes as his Twitter and Instagram pages substantiated travel and the dates matched our Delta flight records.

Ms. Stevenson was given the opportunity to provide documentation to support her statement regarding her companions' travel being paid by his employer/vendors, however, no data was submitted.

Research also shows a buddy rider travelled twice with her companion for business purposes as social media confirmed the travel.

Since Ms. Stevenson's date of employment, August 07, 2007, she has received warning(s) on the following occasion(s):

04/03/2015      Journal Entry- Attendance/Reliability
03/07/2015      Journal Entry- Coaching- Uniform Guidelines

Due to Ms. Stevenson's violation of pass travel policies, I am recommending termination of her employment with Delta Air Lines.


Mark Harris, Performance Leader – ACS/125
Atlanta Worldport, Concourse E

I concur with this recommendation for termination.


Kelly Patton, Station Manager - ACS/125
Atlanta Worldport - Concourse E

Stevenson/Delta_000427