

| | |
|---|---|
| **Mike Campbell**<br>Executive Vice President<br>HR & Labor Relations | **Delta Air Lines, Inc.**<br>1040 Delta Boulevard<br>Atlanta, GA 30354<br>Mike.campbell@delta.com |

# MEMO

To: Delta Colleagues Worldwide
Date: April 23, 2014
Re: Pass Travel, our Brand and the Bottom line

Pass travel privileges allow us to see the world with our close family and friends, and it is rightfully considered a highly valued perk. We all have the responsibility to maintain the highest standards and integrity with this privilege, and the vast majority of us do just that. However, over the past few years, we have found an increasing number of individuals who are abusing these privileges, harming our brand and our bottom line.

Even though this represents the actions of only a few, it impacts all of us because it does not align with our values as laid out in the Rules of the Road, jeopardizes the integrity of our company and chips away at our profitability.

Travel Companion and Buddy passes can be found for sale online every day. In several cases, "pass travel brokers" run underground businesses to make money unethically selling hundreds of passes – a situation that continues to escalate. In other cases, employees have sold their travel companion designations to others or even fraudulently designated individuals as eligible family members. Some employees have even used their privileges to travel for other jobs or side businesses.

Actions like these hurt us all on a number of fronts:
- When individuals are being sold passes at inflated rates and misled to believe they have purchased confirmed tickets on Delta, this often results in them being stranded for days. This can cause a disruption to our operation and significantly damages our company's brand and reputation.
- When employees or their pass riders are using travel privileges for their personal business gain, this hurts Delta's revenue – and therefore your Profit Sharing – since these passengers would have otherwise purchased tickets on Delta.
- When individuals are flying under false pretenses, they may be taking seats away from you or your eligible pass riders.

These actions are clear violations of the pass policy and will not be allowed to continue. In the absolute worst cases, our pass privileges have been used for suspected criminal activities. Like with any criminal activity, we take this very seriously, not only as a legal matter but also as a violation of Delta values – and, therefore we will pursue action to the fullest extent.



Pass Travel, our Brand and the Bottom Line
April 23, 2014
Page 2

Starting today, we are launching the *Fly Right* campaign. For the vast majority of us, this will simply be a reaffirmation of what we already do. For others, it will shed a light on any abuse that must stop. A new Pass Protection Group will work to proactively identify cases of possible abuse and investigate them thoroughly. This team has already identified a number of cases of suspected fraud and is in the process of following up with employees involved.

As always, the team will adhere to a thorough and objective investigation process before any action is taken; employees involved will have an opportunity to explain any questionable travel activities. Decisions by operational leaders and our HR and Equal Opportunity teams will only be made after careful consideration of the information gathered by the company and the employee's explanation. As we learn from these investigations, we may pursue some policy, process, or technology changes in the future that will help stop abuse in the system.

The vast majority of us take great care to represent Delta in the best light and use pass travel as it was intended - to allow us to see the world with close family and friends. Thank you for your integrity and your help in protecting the brand we've all worked so hard to build.

*[signature]*