# FLY RIGHT – PASS PROTECTION FAQs

**Q1. Why does Delta offer pass travel to employees and retirees?**
Pass travel is a special and unique privilege offered in the airline industry to employees and their eligible pass riders to experience the service and destinations offered by the airline. Delta offers a generous pass travel program to Delta employees, retirees, survivors and their eligible pass riders. Pass travel is offered for leisure travel only and using it for business purposes is not allowed.

**Q2. Who can I share my passes with?**
You may choose anyone to be your buddies or Travel Companion, but choose carefully. The best approach is to only extend your travel privileges to trusted family members and well known friends who will use your privileges properly for leisure travel only, and who will represent you and Delta in a positive way when traveling. The IRS dictates which family members are eligible for free pass travel which include spouses, parents and dependent children (son, daughter, stepchildren). Please see the Pass Travel Site on DeltaNet for eligibility details. Make sure all your pass riders understand the challenges of standby travel abide by professional behavior expectations and are prepared with backup plans.

**Q3. Who should I *NOT* share my passes with?**
- Don't share your passes with people who have lost their pass privileges due to misconduct. They are not eligible for *any* type of Delta pass travel privileges.
- Don't share your passes with anyone who intends to use pass travel for business purposes or who would otherwise purchase full-fare tickets.
- Don't share your passes with people who do not understand or do not have the tolerance for standby travel.
- Don't offer standby travel to someone who intends to travel to an important event they *must* attend. For example, standby travel isn't the best choice for traveling to a wedding for someone who is in the wedding party, or who has prepaid for a vacation without travel insurance.

**Q4. Can I use my passes for business travel, other than Delta?**
No. Delta's pass travel privileges are for leisure travel only. Using nonrevenue standby travel or Fly Confirmed discount tickets for business purposes hurts Delta's bottom line and in turn, your profit sharing. Using travel privileges for business purposes can result in loss of travel privileges and even termination from employment.

**Q5. Can passes be used for commuting?**
Yes. Commuting is allowed to and from work except for the following:
- Pass travel may not be used for any business activity or professional career whenever the cost of such transportation could be filed with the IRS as a business travel expense (see IRS Tax Topic 511).
- Pass travel may not be used if traveling for independent business ventures or on behalf of an external company, organization or individual. For example: Traveling in order to make a presentation at a trade show or convention, or traveling to transport animals, plants or merchandise as part of any business venture or business arrangement is not permissible.
- Pass travel may not be used if the cost of transportation could be reimbursed by a company or organization.

**Q6. What should I do if someone requests to be my travel companion? Or asks for a Buddy Pass?**
You are responsible for how your pass travel privileges are used. When you decide with whom you are going to share them, do so wisely. Know the individual well and enough to trust he or she will use the pass travel privileges properly. Never accept money or other goods or services in exchange for pass travel privileges. Doing so may result in termination of your employment.



DEFENDANT'S EXHIBIT

| FLY RIGHT - PASS PROTECTION FAQs | April 23, 2014 | 1 |
|---|---|---|
| HR Service Delivery | | |

# FLY RIGHT – PASS PROTECTION FAQs

**Q7.** Can I share my Delta Passport with my Travel Companion so he can use TravelNet to look up flights and make his own listings?

You should never share your Delta Passport credentials with anyone. The Passport allows access to private information, including your pay and personal information. In addition, make sure you always logout when finished with a DeltaNet session to prevent others from accessing your information.

**Q8.** Can I give my standby boarding pass to someone else to travel?

No. While it is admirable you may want to give up your seat assignment to someone you feel may have a more urgent need to travel, we must always clear passengers based upon their respective standby code and seniority. Other passengers may have circumstances you're not aware of that may be just as urgent. Honoring the standby code and seniority date ensures fairness for everyone regardless of circumstance. In addition, the flight passenger manifest must always reflect the exact number and names of passengers and crew on board.

**Q9.** Where do I find Buddy Pass embargos or other nonrev travel restrictions?

Visit the Pass Travel Alerts page on DeltaNet for information about Buddy Pass embargos, baggage restrictions and payload optimized flights.

**Q10.** What are the potential consequences for nonrev misconduct?

Pass travel abuses or misconduct by any associated pass rider to the sponsoring employee can result in either a temporary or permanent revocation of pass travel privileges or in some cases, termination of employment.