IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Quaniah R. Stevenson | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Civil No.: 1:16-CV-2571-AT-LTW |
| Delta Air Lines, Inc. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **DECLARATION OF JOVAN DIAS**

I, Jovan, declare as follows:

1. During the travel in question to California with Boyett, it was please. Boyett is not my client and we are not business parties.

I declare under the penalty of perjury of the laws of Georgia that the foregoing is true and correct, and that this declaration was executed on September 27, 2019.

/s/ Jovan Dias
Jovan Dias

Respectfully submitted this 28th day of January, 2021.

1

/s/ Charlena Thorpe
Charlena L. Thorpe
Georgia Bar No. 760954
charlena@incorporatinginnovation.com
6340 Sugarloaf Parkway Suite 200, Duluth, GA 30097
Tel: 770-325-2741
Fax: 770-325-2741

*Attorney for Plaintiff*

I certify that I have served DECLARATION OF JOVAN DIAS via the Court's CM/ECF system on the date below, to opposing counsel of record.

Dated: January 28, 2021      By: /s/ Charlena Thorpe
                                  Charlena Thorpe