**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Quaniah R. Stevenson | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Civil No.: 1:16-CV-2571-AT-LTW |
| Delta Air Lines, Inc. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that Quaniah Stevenson, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order (Doc. No. 106) adopting the Magistrate Judge's Report and Recommendation and granting Defendant Delta's Motion for Summary Judgment entered in this action on September 29, 2021.

Respectfully submitted this 28th day of October, 2021.

1

/s/ Charlena Thorpe
Charlena L. Thorpe
Georgia Bar No. 760954
charlena@incorporatinginnovation.com
6340 Sugarloaf Parkway Suite 200, Duluth, GA 30097
Tel: 770-325-2741
Fax:  770-325-2741

*Attorney for Plaintiff*

I certify that I have served **NOTICE OF APPEAL** via the Court's CM/ECF system on the date below, to opposing counsel of record.

Dated: October 28, 2021          By: /s/ Charlena Thorpe
                                     Charlena Thorpe